**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **JOHN E. SHAUNFIELD,** § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:12-CV-4686-M (BH) |
| § | |
| **EXPERIAN INFORMATION** § | |
| **SOLUTIONS, INC.,** § | |
| Defendant. § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant Radiology Associates of North Texas' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)*, filed May 1, 2013 (doc. 44), *Defendant American Honda Finance Corp.'s Motion to Dismiss for Failure to State a Claim Upon Which Relief can be Granted and Brief in Support*, filed May 3, 2013 (doc. 49), and *Defendant Credit Systems International, Inc.'s Motion to Dismiss Under FRCP 12(b)(6)*, filed May 17, 2013 (doc. 60), are **GRANTED.** By separate judgment, all of Plaintiff's claims against them will be **DISMISSED with prejudice.**

*Defendant Experian Information Solutions, Inc.'s Motion for Judgment on the Pleadings and Brief in Support*, filed July 11, 2013 (doc. 78), is **GRANTED in part and DENIED in part.** Plaintiff's claims against Experian for defamation and violations of the FCRA and the Tex. Bus. & Comm. Code are allowed to proceed, but his request for attorney's fees is **DISMISSED.**

**SO ORDERED** this 9th day of January, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS