IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN E. SHAUNFIELD | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | 3:12-CV-4686-M-BH |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC. ET AL., | § | |
| | § | |
| Defendants | § | JURY TRIAL REQUESTED |

**PLAINTIFF JOHN SHAUNFIELD AND DEFENDANTS RADIOLOGY ASSOCIATES OF NORTH TEXAS P.A. AND CREDIT SYSTEM INTERNATIONAL, INC.'S STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1(A)(ii)**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW PLAINTIFF JOHN SHAUNFIELD AND DEFENDANTS RADIOLOGY ASSOCIATES OF NORTH TEXAS, P.A. ("Radiology Associates") AND CREDIT SYSTEMS INTERNATIONAL, INC. ("CSI, Inc.") and file this their Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and would respectfully show the Court the following:

I.

Plaintiff and Defendants Radiology Associates and CSI, Inc. have reached a full and complete settlement of all claims and causes of action which have been asserted or could be asserted in this case. Consequently, Plaintiff and Defendants Radiology Associates and CSI, Inc. move this Court to accept this Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and enter an Order dismissing with prejudice all claims and causes of action asserted by Plaintiff against these

Defendants to the extent such is necessary based upon prior rulings of this Court. Defendant Radiology Associates further requests that the Court enter an Order dismissing with prejudice all claims and causes of action asserted against Plaintiff by Radiology Associates in Radiology Associates' Counterclaim for Attorneys Fees and Costs asserted in its Original Answer [Doc. # 45]. Defendants Radiology Associates and CSI, Inc. further move for an Order that Radiology Associates and CSI, Inc. are relieved from compliance with all deadlines required by the Court's Third Amended Scheduling Order [Doc. # 86] due to such settlement and Dismissal with Prejudice.

        Respectfully submitted,

        /s/ John Shaunfield
        _____

        John Shaunfield
        Email: jshaunf@yahoo.com
        4136 Catawba Avenue
        Carrollton, Texas 75010
        Telephone: 214-674-5210

        PLAINTIFF PRO SE

/s/ Jennifer M. Andrews
_____
Jennifer M. Andrews
State Bar No. 01243010
E-Mail: J.Andrews@wallach-law.com

D. Michael Wallach
State Bar No. 20780650
E-Mail: M.Wallach@wallach-law.com

WALLACH & ANDREWS, P.C.
2501 Parkview Drive, Suite 303
Fort Worth, Texas 76102
Telephone: 817-338-1707
Facsimile: 817-338-1787

ATTORNEYS FOR DEFENDANT RADIOLOGY ASSOCIATES OF NORTH TEXAS, P.A.

/s/ Robbie Malone
_____
Robbie Malone
State Bar No. 12876450
E-Mail: rmalone@rmalonelaw.com

ROBBIE MALONE, P.L.L.C.
Northpark Central, Ste. 1850
Dallas, Texas 75231
Telephone: 214-346-2630
Facsimile: 214-346-2631

ATTORNEYS FOR DEFENDANT CREDIT SYSTEMS INTERNATIONAL, INC.

**CERTIFICATE OF SERVICE**

       I hereby certify that on January 20, 2014, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys and unrepresented parties of record who consented in writing to accept this Notice as service of this document by electronic means.

       /s/ Jennifer M. Andrews
       _____
       OF WALLACH & ANDREWS, P.C.
       ATTORNEYS FOR DEFENDANT RADIOLOGY ASSOCIATES OF NORTH TEXAS, P.A.