IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN E. SHAUNFIELD, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-CV-4686-M (BH) |
| | § | |
| PARAMOUNT RECOVERY SYSTEMS, | § | |
| | § | |
|     Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiff's Motion for Default Judgment Against Paramount Recovery Systems,* filed January 25, 2014 (doc. 130), is **DENIED.** By separate judgment, all of the plaintiff's claims against the final remaining defendant, Paramount Recovery Systems, will be **DISMISSED with prejudice** for failure to state a claim.

**SO ORDERED** this 29th day of September, 2014.

                                                                _____
                                                                 BARBARA M. G. LYNN
                                                                 UNITED STATES DISTRICT JUDGE
                                                                 NORTHERN DISTRICT OF TEXAS